UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
<u>SOUTHERN DIVISION</u>

In re:                                     In Bankruptcy

**MARIE FOX**                     *Case No.: 10-73359-MBM*
                                                 *Chapter 7*
                                                 *Honorable MARCI B. McIVOR*

_____Debtor (s)_____/

## NOTICE OF UNDER $5.00 DIVIDEND

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $3.72 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The name(s) and address(es) of the Party(ies) associated with these dividends is (are) as follows:

| CREDITOR NAME | CLAIM NO. | AMOUNT OF DIVIDEND |
|---|---|---|
| AMERICAN INFOSOURCE<br>AS AGENT FOR RJM ACQUISITIONS<br>AS ASSIGNEE OF ONE SPIRIT BOOK CLUB<br>PO BOX 268850<br>OKLAHOMA CITY, OK 73126 | 2 | $1.35 |
| AMERICAN INFOSOURCE<br>AS AGENT FOR RJM ACQUISITIONS<br>AS ASSIGNEE OF CHARTER ONE BANK<br>ONE SPIRIT BOOK CLUB<br>PO BOX 268850<br>OKLAHOMA CITY, OK 73126 | 3 | $2.37 |

Dated: September 6, 2011                        */s/ BASIL T. SIMON (P26340)*___
                                                                  Chapter 7 Trustee
                                                                   422 W. Congress, Suite 400
                                                                   Detroit, MI 48226
                                                                   313/962-6400
                                                                   bsimon@sszpc.com